Name: Jorge Alejandro Rojas
Address: 557 Cambridge Way
Bolingbrook, IL 60440
Phone Number: 424-219-1582
Email Address: rojas.jorge96@gmail.com
Pro Se

**FILED**
CLERK, U.S. DISTRICT COURT
08/04/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ IGU _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS | CASE NUMBER |
| | 2:24-cv-03958-SVW-MAR |
| PLAINTIFF(S) | |
| v. | |
| JOEY BUILDERS INC, et al. | APPLICATION FOR PERMISSION FOR ELECTRONIC FILING |
| DEFENDANT(S) | |

As the ☒ Plaintiff ☐ Defendant in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 5-4.1.1 and the instructions available on the Court's website at www.cacd.uscourts.gov/e-filing/electronic-filing-and-case-access-people-without-lawyers.

2. I understand that once I register for e-filing, I will receive notices and documents in Central District cases only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file documents in paper, but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case.

5. I have regular access to the technical requirements necessary to e-file successfully:
   *Check all that apply.*

   ✓ A Computer with internet access.

   ✓ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ✓ A scanner to convert documents that are only in paper format into electronic files.

   ✓ A printer or copier to create required paper copies such as chambers copies.

   ✓ A word-processing program to create documents; and

   ✓ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only electronic format in which documents can be e-filed.

Date: 08/04/2024                Signature: [signature]

CV-005 (02/20)                APPLICATION FOR PERMISSION FOR ELECTRONIC FILING