1
2
3
4
5
6
7

**L O D G E D**
CLERK, U.S. DISTRICT COURT
08/04/2024
CENTRAL DISTRICT OF CALIFORNIA
BY:          IGU          DEPUTY

8        UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10

11   JORGE ALEJANDRO ROJAS,              Case No. 2:24-cv-03958-SVW-MAR

12                    Plaintiff,
                                          **[PROPOSED] ORDER GRANTING**
13          v.                            **APPLICATION PERMISSION FOR**
                                          **ELECTRONIC FILING [DKT. ___]**
14

15   JOEY BUILDERS INC, et al,

16                    Defendants.

17

18

19          On August 4, 2024, Plaintiff filed an Application for Permission for Electronic

20   Filing.

21          The court, having considered Plaintiffs Application and finding good cause

22   therefor, hereby GRANTS the Application.

23          IT IS SO ORDERED.

24

25

26

27   Dated: _____          _____
                                              Stephen V. Wilson
28                                         United States District Judge

1