Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOEY BUILDERS INC, et al,<br><br>　　　　　　　　Defendants. | Case No. 2:24-cv-03958-SVW-MAR<br><br>**CERTIFICATE OF SERVICE AS TO APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

　　　I, Jorge Alejandro Rojas, certify that mailed a copy of Plaintiff's Application for Permission for Electronic Filing to each Defendant via USPS First Class Mail to Defendant's last known address and/or registered agent on the same day as I submitted the document via EDSS.

　　　Dated: August 4, 2024

　　　　　　　　　　　　　　　　　　Jorge Alejandro Rojas
　　　　　　　　　　　　　　　　　　Rojas.jorge96@gmail.com
　　　　　　　　　　　　　　　　　　Plaintiff in Pro Se
　　　　　　　　　　　　　　　　　　557 Cambridge Way
　　　　　　　　　　　　　　　　　　Bolingbrook, IL 60440
　　　　　　　　　　　　　　　　　　(424) 219-1582