UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>                         Plaintiff,<br><br>            v.<br><br>JOEY BUILDERS INC, et al,<br><br>                         Defendants. | Case No. 2:24-cv-03958-SVW-MAR<br><br>**ORDER GRANTING APPLICATION PERMISSION FOR ELECTRONIC FILING [** |

On August 4, 2024, Plaintiff filed an Application for Permission for Electronic Filing.

The court, having considered Plaintiffs Application and finding good cause therefor, hereby GRANTS the Application.

IT IS SO ORDERED.

Dated: August 7, 2024

Stephen V. Wilson
United States District Judge

1