Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOEY BUILDERS INC, et al,<br><br>　　　　　　　Defendants | Case No. 2:24-cv-03958-SVW-MAR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

　　　Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action, with prejudice, as to all Defendants. The parties have settled this action.

　　　On August 5, 2024, Plaintiff submitted documents via EDSS to be filed, which are not yet been docketed, requesting an electronic appearance for the August 12, 2024 status conference or to continue said conference. That request is now moot given this dismissal as the parties have now settled this action in its entirety.

　　　Respectfully submitted,

　　　Dated: August 7, 2024.

/ / /

-2-

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
(424) 219-1582

## CERTIFICATE OF SERVICE

    A copy of this filing is being sent to Defendants via e-mail, consent to do so which was obtained.

*/s/ Jorge Alejandro Rojas*
Jorge Alejandro Rojas