F I L E D
CLERK, U.S. DISTRICT COURT
08/05/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____IGU_____ DEPUTY

Jorge Alejandro Rojas
Rojas.jorge96@gmail.com
Plaintiff in Pro Se
557 Cambridge Way
Bolingbrook, IL 60440
424-219-1582

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOEY BUILDERS INC, et al,<br><br>　　　　　Defendants. | Case No. 2:24-cv-03958-SVW-MAR<br><br>**DECLARATION OF JORGE ALEJANDRO ROJAS IN SUPPORT OF REQUEST FOR ELECTRONIC APPEARANCE VIA ZOOM AND/OR MOTION TO CONTINUE STATUS CONFERENCE** |

I, Jorge Alejandro Rojas, an adult of sound mind, declare as follows:

1. I am the Plaintiff in this case, and make the following statements based on my personal knowledge and records. If called to testify concerning any of these statements, I will be able to do so.

2. I make the statements in this declaration in support of Plaintiff's Request for Electronic Appearance via Zoom and/or motion to Continue Status Conference.

3. I am employed as a Systems Engineer, for a government contractor, and reside and work in a suburb of Chicago, Illinois.

4. My work schedule primarily consists of Monday through Friday, nine hours of work per day.

-1-

5. My current schedule for the week of the hearing would necessitate that I miss at least one, and possibly two days of work to attend the hearing in person, as I would travel from Chicago, Illinois. If I were to attend the hearing virtually the period which I miss would be shorter as I would not need to travel as well as be more economical because I would not need to purchase air fare. I would also need to arrange for someone to take over any customer meetings or commitments that I have for my position.

6. I am enrolled in law school and my final examinations are scheduled for August 14, 15, and 16, 2024. Allowing for virtual attendance at the hearing would allow me more time to prepare for the same.

7. Over the last approximately 6 weeks, I have placed several telephone calls to the phone number listed in Defendants answer (which was the same phone number listed on Defendants website), attempting to confer regarding this case as well as resolve this matter. Each time I would call prior to July 25, 2024, I would hear a busy tone. I also have sent letters, including on July 18, 2024, attempting to confer regarding this matter. On July 25, 2024, I was emailed by someone who represents themselves to be a "mediator" who is not an attorney for Defendant(s). We have since communicated and are in the process of attempting to resolve this matter. I have also attempted to coordinate a schedule to hold a meeting prior to the status conference to discuss the items that need to be discussed, including a discovery plan, but have not received a response to the same.

8. I believe that attending the hearing virtually via Zoom would allow me the ability to answer any questions or concerns the Court has at the status conference. I am unaware of counsel for any defendant and am unsure if any defendant will be attending the conference.

/ /

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 5, 2024, in Bolingbrook, IL.

*/s/*

Jorge Alejandro Rojas