**LODGED**
CLERK, U.S. DISTRICT COURT
08/05/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ IGU _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>          Plaintiff,<br><br>     v.<br><br>JOEY BUILDERS INC, et al,<br><br>          Defendants. | Case No. 2:24-cv-03958-SVW-MAR<br><br>**[PROPOSED] ORDER REQUEST TO APPEAR VIA ZOOM AND/OR MOTION TO CONTINUE STATUS CONFERENCE [DKT. ___]** |

    On August 5, 2024, Plaintiff Jorge Alejandro Rojas ("Plaintiff") filed a request to appear to the August 12, 2024 status conference in this action via Zoom and/or a motion to continue the status conference. Having considered the Motion and good cause appearing,

/ / /

1

1  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:
2  1. Plaintiff may appear to the August 12, 2024 Status Conference via Zoom.
3  2. The August 12, 2024 status conference is continued to ____.

7  IT IS SO ORDERED.

9  Dated: _____          _____
10                                           Stephen V. Wilson
                                             United States District Judge