AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

FILED
CLERK, U.S. DISTRICT COURT
08/04/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: IGU  DEPUTY

Civil Action No. 2:24-CV-03958-SVW-MARx

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joey Builders Inc and Liel Levi
was received by me on *(date)* 7/12/2024

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Carol. M , who is designated by law to accept service of process on behalf of *(name of organization)* Joey Builders Inc on *(date)* 7/17/2024

☐ I returned the summons unexecuted because _____

☐ Other *(specify)*: 

My fees are $ 265⁰⁰ for travel and $ 0 for services, for a total of $ 265⁰⁰

I declare under penalty of perjury that this information is true.

Date: 7/18/2024

Server's signature

Raymond McDaniel Process Server
Los Angeles Ca # 2016148635

34680 Mirale Sta Dr #299 San Pedro Ca 90731
New Way Process Servers

Server's address

Additional information regarding attempted service, etc: